**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                      August 7, 2015
Courtroom Deputy:   Emily Buchanan
FTR Technician:       Kathy Terasaki

---

Civil Action No.  15-cv-00922-RPM                Counsel:

REBECCA ARNDT,                                           Donna Dell'Olio
NICOLE BALDWIN,                                         Ian Kalmanowitz
CATHY BUCKLEY,
STACEY CLARK,
DONYA DAVIS,
JULIE GARRETT,
CAROLYN GRAVES,
SAMANTHA LEMBERGS,
JENNIFER LEWIS,
GERALDINE PRING,
MAGDALENA SANTOS, and
TERRY THRUMSTON,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS,                   David Powell
                                                                         Stephen Rotter
    Defendant.

---

**COURTROOM MINUTES**

---

**SCHEDULING CONFERENCE (continued from July 15, 2015)**

**10:24 a.m.**     **Court in session.**

Plaintiff will provide expert reports to Defendant's counsel on job requirements and appropriateness of testing protocols as early as practicable for Defendant's review.  No Scheduling Order entered.  Counsel are expected to work according to informal agreed schedule.

**ORDERED:**  Joint Motion for Entry of Stipulated Protective Order (Doc. No. 21) is **GRANTED**.  The Protective Order is entered.

**ORDERED:** Unopposed Motion for Entry of Stipulated Protective Order (Doc. No. 22) is **GRANTED**. The Protective Order Between Plaintiffs and Human Performance Systems, Inc. is entered.

**10:45 a.m.**   **Court in recess.**

**Hearing concluded.  Total time: 21 minutes.**