**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark
Donya Davis, Julie Garrett
Carolyn Graves, Samantha Lembergs
Jennifer Lewis, Geraldine Pring
Magdalena Santos, and
Terry Thrumston,

     Plaintiffs

v.

City of Colorado Springs,

     Defendant.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

---

THIS MATTER COMES before the Court on Plaintiffs' Unopposed Motion to

Amend Complaint (Dkt. # 42), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Amend

Complaint (Dkt. #42) is GRANTED and the Amended Complaint attached thereto is

accepted for filing.

DATED this 20th day of October, 2015.

                             BY THE COURT

                             s/Richard P. Matsch

                             _____
                             Richard P. Matsch, Senior District Judge