# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark,
Donya Davis, Julie Garrett,
Carolyn Graves, Samantha Lembergs,
Jennifer Lewis, Geraldine Pring,
Magdalena Santos, and
Terry Thrumston,

    Plaintiffs,

v.

City of Colorado Springs,

    Defendant.

---

**Order Granting Joint Motion to Commence Hearing on Preliminary Injunction on November 18, 2015**

---

THIS MATTER COMES before the Court on the Joint Motion to Commence Hearing on Preliminary Injunction on November 18, 2015 (Dkt. #47), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Joint Motion to Commence Hearing on Preliminary Injunction on November 18, 2015 (Dkt. #47) is GRANTED.

DATED this 26th day of October, 2015.

                BY THE COURT

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge