IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00922-RPM

REBECCA ARNDT,
NICOLE BALDWIN,
CATHY BUCKLEY,
STACEY CLARK,
DONYA DAVIS,
JULIE GARRETT,
CAROLYN GRAVES,
SAMANTHA LEMBERGS,
JENNIFER LEWIS,
GERALDINE PRING,
MAGDALENA SANTOS, and
TERRY THRUMSTON,

    Plaintiffs,
v.

CITY OF COLORADO SPRINGS,

    Defendant.

_____

ORDER VACATING HEARINGS ON MOTION FOR PRELIMINARY INJUNCTION
_____

    This Court having granted the Joint Stipulated Motion for Preliminary Injunctive Relief [Doc. 52], it is

    ORDERED that the hearings scheduled for November 18, 2015, and November 23, 2015, are vacated.

    DATED:   November 9th, 2015

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge