## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark
Donya Davis, Julie Garrett
Carolyn Graves, Samantha Lembergs
Jennifer Lewis, Geraldine Pring
Magdalena Santos, and
Terry Thrumston,

    Plaintiffs,

v.

City of Colorado Springs,

    Defendant.

---

**Order Granting Plaintiffs' Unopposed Motion to file Second Amended Complaint**

---

THIS MATTER COMES before the Court on Plaintiffs' Unopposed Motion to File Second Amended Complaint (Dkt. #64), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to file Second Amended Complaint (Dkt. #64) is GRANTED.

DATED this 1st day of February, 2016.

                BY THE COURT

                s/Richard P. Matsch

                Richard P. Matsch
                Senior District Judge