IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00922-RPM

REBECCA ARNDT,
NICOLE BALDWIN,
CATHY BUCKLEY,
STACEY CLARK,
DONYA DAVIS,
JULIE GARRETT,
CAROLYN GRAVES,
SAMANTHA LEMBERGS,
JENNIFER LEWIS,
GERALDINE PRING,
MAGDALENA SANTOS, and
TERRY THRUMSTON,

    Plaintiffs,
v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER
_____

    Upon review of Plaintiff's Motion for Protective Order [Doc. 71] and Defendant's Response [Doc 72], it is

    ORDERED that the motion is denied.

    DATED:   March 17th, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge