# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark,
Donya Davis, Julie Garrett,
Carolyn Graves, Samantha Lembergs,
Jennifer Lewis, Geraldine Pring,
Magdalena Santos, and
Terry Thrumston,

    Plaintiffs,

v.

City of Colorado Springs,

    Defendant.

---

**Order Granting Plaintiffs' Unopposed Motion to Modify Amended Scheduling Order (DOC # 59) For Good Cause**

---

THIS MATTER COMES before the Court on Plaintiffs' Unopposed Motion to Modify Amended Scheduling Order (DOC # 59) For Good Cause (Dkt. # 75), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Modify Amended Scheduling Order (DOC # 59) For Good Cause (Dkt. # 75) is GRANTED.

Plaintiffs motion to modify the Amended Scheduling Order to remove the limitation of ten depositions per side and to allow Plaintiffs to take up to 35 depositions.

IT IS HEREBY ORDERED that the limitation on the number of depositions which may be taken by Plaintiffs is stricken from Section 7 of the Amended Scheduling Order (DOC# 59).

DATED this 7th day of April, 2016.

                        BY THE COURT

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch
                        District Judge, United States District Court