**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark,
Donya Davis, Julie Garrett,
Carolyn Graves, Samantha Lembergs,
Jennifer Lewis, Geraldine Pring,
Magdalena Santos, and
Terry Thrumston,

    Plaintiffs,

v.

City of Colorado Springs,

    Defendant.

## Notice of Settlement

COME NOW the Plaintiffs, by and through counsel, Donna Dell'Olio, Cornish & Dell'Olio, P.C. hereby notifies the Court that the parties have reached an agreement to settle the above case.  Because of the number of parties, lawyers and insurance companies involved, the parties request thirty days from the date of this Notice of Settlement to file a motion for dismissal.

Respectfully submitted this 13th day of December, 2017.

                                                CORNISH & DELL'OLIO, P.C.

                                                s/ Donna Dell'Olio
                                                Donna Dell'Olio, # 10887
                                                Cornish & Dell'Olio, P.C.
                                                431 N. Cascade Avenue, Ste. 1

Colorado Springs, CO 80903
TEL (719) 475-1204
FAX (719) 475-1264
Email: ddellolio@cornishanddellolio.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2017, I electronically filed with the Clerk of Court using the CM/ECF system a true and correct copy of the foregoing Notice of Settlement.  The motion was sent by email to:

David D. Powell, Jr.
Stephen B. Rotter
Austin E. Smith
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1700 Lincoln Street, Suite 4650
Denver, CO 80203
Telephone: 303-764-6800
Facsimile: 303-831-9246
david.powell@ogletreedeakins.com
stephen.rotter@ogletreedeakins.com
austin.smith@ogletreedeakins.com

Christie McCall, Senior Attorney
Tracy Lessig, Division Chief
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
Email: cmccall@springsgov.com
tlessig@springsgov.com

Marilyn B. Doig
DeWhirst & Dolven, LLC
102 S. Tejon, Suite 500
Colorado Springs, CO 80903
Email: mdoig@dewhirstdolven.com
Counsel for Human Performance Systems, Inc.

        s/Esther Kumma Abramson
        Esther Kumma Abramson

2