**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-00922 RPM-MJW

Rebecca Arndt, Nicole Baldwin,
Cathy Buckley, Stacey Clark
Donya Davis, Julie Garrett
Carolyn Graves, Samantha Lembergs
Jennifer Lewis, Geraldine Pring
Magdalena Santos, and
Terry Thrumston,

    Plaintiffs,

v.

City of Colorado Springs,

    Defendant.

---

**Order Granting Stipulation of Dismissal with Prejudice**

---

THIS MATTER COMES before the Court on the Parties' Stipulation of Dismissal with Prejudice (Dkt. # _____), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Parties' Stipulation of Dismissal with Prejudice (Dkt. #_____) is GRANTED.

DATED this _____ day of _____, 2018.

                                            BY THE COURT

                                            _____
                                            Richard P. Matsch
                                            District Judge, United States District Court