IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00922-RPM

REBECCA ARNDT,
NICOLE BALDWIN,
CATHY BUCKLEY,
STACEY CLARK,
DONYA DAVIS,
JULIE GARRETT,
CAROLYN GRAVES,
SAMANTHA LEMBERGS,
JENNIFER LEWIS,
GERALDINE PRING,
MAGDALENA SANTOS, and
TERRY THRUMSTON,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [Doc. 168], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

DATED:   February 5, 2018

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge